# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2020 KW 0418

VERSUS

WILLIE POGUE                                            **JULY 20, 2020**

---

In Re:     Willie Pogue, applying for supervisory writs, 18th
           Judicial District Court, Parish of West Baton Rouge,
           No. 980-480.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** The fact that counsel did not request that the clerk of court transcribe the jury selection proceedings does not qualify as discovery of a new fact for purposes of the exception to the time limit set out in La. Code Crim. P. art. 930.8(A). See also La. Code Crim. P. art. 930.4(E). Because the substantive claim has no merit, relator's contention that appellate counsel was ineffective for failing to raise the issue on appeal also has no merit. See **State v. Williams**, 613 So.2d 252, 256-57 (La. App. 1st Cir. 1992).

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT